[No. 52497-6-I. Division One. March 14, 2005.]

PALMER COKING COAL COMPANY, *Respondent*, v. THE CITY OF NEWCASTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-03745-3, Brian D. Gain, J., entered January 10, 2003. *Reversed* by unpublished opinion per Becker, J., concurred in by Baker, J.; Grosse, J., dissenting.

[No. 53058-5-I. Division One. March 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA CORNETHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00904-5, Thomas J. Wynne, J., entered August 12, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53347-9-I. Division One. March 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDUL HASSAN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01332-8, Ellen J. Fair, J., entered November 5, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53478-5-I. Division One. March 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD RAY KINSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07762-0, Carol A. Schapira, J., entered November 25, 2003. *Affirmed* by unpublished per curiam opinion.